# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| HECTOR VALENTINE, | : | |
|---|---|---|
| Petitioner, | : | |
| v. | : | No.: 4:17-CV-1770 |
| WARDEN SPAULDING, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 12th day of December 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Valentine's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner may seek authorization from the United States Court of Appeals for the Second Circuit for leave to file a second or successive § 2255 petition.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge